UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MA ZENIF ENTIZAR INTAL,

                Plaintiff,

                                                  18 CV 3196 (SJ) (JRC)

   -against-                                   **ORDER ADOPTING**
                                                         **REPORT AND**
                                                         **RECOMMENDATION**

ERIE AGUSTIN, M.D. PRIMARY
CARE, P.C., and ERIC AGUSTIN, Jointly
and Severally,

                Defendants.
-------------------------------------------------------X

A P P E A R A N C E S

LIPSKY LOWE LLP
420 Lexington Avenue
Suite 1830
New York, NY 10170
By:    Milana Dostanitch
        Douglas Brian Lipsky
*Attorneys for Plaintiffs*

LAW OFFICES OF MICHAEL CHONG
2 Executive Drive
Suite 240
Fort Lee, NJ 07024
*Attorney for Defendant*

**JOHNSON, Senior District Judge:**

        Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge James R. Cho. Judge Cho issued the

1

Report on January 22, 2022, and provided the parties until February 10, 2022 to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. *See* 28 U.S.C. § 636(b)(1). Within fourteen days of service of the recommendation, any party may file written objections to the magistrate's report. *See id.* Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. *See id.* The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. *See* 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to the recommendations by Magistrate Judge Cho were due on February 10, 2022. No objections to the Report were filed

P-049

with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Cho's Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: March 25, 2022  
      Brooklyn, NY

_____/s/_____  
Sterling Johnson, Jr., U.S.D.J.

P-049